**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| SHARKEY L. SIMMONS<br>16420 Highland Ave.<br>Jamaica, NY 11432<br>*Plaintiff*<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)<br>1 Massachusetts Ave., NW<br>Washington, DC 20001<br>*Defendant* | : | **JURY TRIAL DEMANDED** |

**COMPLAINT**

1. The Plaintiff herein, Sharkey L. Simmons, is a citizen of the State of New York residing at 16420 Highland Avenue in Jamaica New York.

2. Defendant, National Railroad Passenger Corporation (hereinafter referred to as "AMTRAK"), is a corporation duly organized and doing business in the District of Columbia with its principle place of business at the above address.

3. The action arises under the Act of Congress, April 22, 1908, c. 149, 35 Stat. 65, and amendments thereto, U.S.C.A. Title 45, Sec 51 *et seq*., and further amended by the Act of Congress, approved by the President of the United States on August 11, 1939, Chapter 685 - First Session of the 76th Congress, known and cited as "The Federal Employers' Liability Act", and under "The Federal Safety Appliance Act", Title 45, U.S.C.A., Sec. 1-16 inclusive and under "The Federal Locomotive Inspection Act", Title 45, U.S.C.A., Sec. 22-34, inclusive.

4. All the acts alleged to have been done or not to have been done by the Defendant were done or not done by the Defendant, its agents, servants, workmen and/or employees acting in the course and scope of their employment for and on behalf of the Defendant.

5. At all times material hereto, Plaintiff was employed by Defendant.

6. All property, equipment and operations involved in the accident herein referred to were owned by and under the control of the Defendant, its agents, servants and/or employees.

7. On or about March 24, 2023, and for some time prior thereto, Plaintiff was employed by Defendant AMTRAK as a Building & Bridges Mechanic and on that date in the performance of his duties he sustained the serious, permanent, and painful personal injuries, more particularly hereinafter described.

8. Plaintiff was moving block clamps at Amtrak's Sunnyside Yard in New York.

9. Plaintiff and his foreman were instructed to return a block clamp back to the New Jersey site.

10. After viewing the block clamp, Plaintiff asked his foreman to use a forklift as the clamp weighed an estimated five hundred pounds. He was told by his foreman that "we can do it without forklift".

11. Plaintiff tried to move the block clamp from the ground to the truck, his lumbar spine was damaged. This damage to the lumbar spine required surgery and less invasive treatments. As a result of the damage, he may require additional surgeries and treatments.

12. As a result of the injuries, Plaintiff has suffered a loss of earning capacity. This loss is expected to continue into the future,

13. Along with the economic harms suffered, Plaintiff suffered harms to his person including but not limited to pain, suffering, diminishment of physical and mental health, as well as diminishment in the pleasures and experiences of life and has been advised that these harms are permanent.

14. The negligence and carelessness of the Defendant consisted of the following, *inter alia:*

a) in failing to provide the plaintiff with a safe place to work as required by the Federal Employers' Liability Act, Title 45 U.S.C. Secs. 51-60.

b) in failing to comply with safety rules and regulations of the defendant;

c) in failing to comply with the operating rules and regulations of the defendant;

d) in failing to ensure that the proper equipment is used; and

e) failure to provide a means of work less likely to cause injury.

**WHEREFORE**, Plaintiff, Sharkey L. Simmons, claims of the defendant, all special and general damages under the law for compensation of the harms suffered. The compensation for the harms suffered by Plaintiff exceeds the arbitration threshold.

**GOGGIN & DUCKWORTH, P.C.**

By: /s/James M. Duckworth

James M. Duckworth, Esquire
Attorney I.D. No. 033861998
1420 Walnut Street, Suite 1108
Philadelphia, PA 19102
(215) 735-8780
(215) 735-5126
jduckworth@keller-goggin.com